**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 00-cv-70847

REGINA A. BOGAN,

    Defendant.
                                                      /

**ORDER DENYING DEFENDANT'S APRIL 20, 2015 PRO SE REQUEST**

Pending before the court is Defendant Regina A. Bogan's request to stop garnishment or in the alternative to order payment arrangements.  (Dkt. # 19.) Defendant has been subject to a garnishment to satisfy an outstanding default judgment since December 6, 2012.  (Dkt. # 18.)  The default judgment arises out of a student loan agreement executed 27-28 years ago for education at the PSI Institute Computer School in Southfield, MI, which Defendant concedes she signed but did not pay.  The court held a hearing on May 12, 2015.  For the reasons stated on the record and because Defendant has identified no legal basis for a modification of the garnishment absent Plaintiff's agreement,

    IT IS ORDERED that Defendant's Request (Dkt. # 19) is DENIED.


                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  May 26, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 26, 2015, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522